# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR09-0081 |
| Plaintiff, | |
| vs. | ORDER FOR PAYMENT OF TRANSPORTATION EXPENSES |
| **BRANDON SHUTE,** | |
| Defendant. | |

This matter comes before the Court on the Motion for Non-Custodial Transportation of Defendant (docket number 18) filed by the Defendant on June 30, 2010. The Defendant asks that the United States Marshals Service "arrange timely, non-custodial transportation from the defendant's residence in Mobile, Alabama to the Northern District of Iowa for all further court appearances." The motion states that "Defendant's financial position has not changed since the finding of indigence by the Court."[1] According to the motion, the Government "does not object to this Motion."

Defendant is scheduled to appear for a change of plea hearing in the Northern District of Iowa on July 6, 2010, but does not have sufficient funds to enable him to travel to Iowa. Pursuant to 18 U.S.C. § 4285, the Court directs the United States Marshal to arrange for Defendant's means of non-custodial transportation or furnish the fare for such transportation to Cedar Rapids, Iowa.

## ORDER

IT IS THEREFORE ORDERED that the Motion for Non-Custodial Transportation of Defendant (docket number 18) filed by Defendant on June 30, 2010 is hereby **GRANTED**. The United States Marshal is directed to arrange for Defendant's means of non-custodial transportation or furnish the fare for such transportation to Cedar Rapids,

---

[1] At the Defendant's June 1, 2010, initial appearance and arraignment, the Court found Defendant qualified for court-appointed counsel.

Iowa, to appear for a change of plea hearing on July 6, 2010. The Clerk of Court shall provide a copy of this Order to the United States Marshal.

DATED this 1st day of July, 2010.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA